John J. Quinlan, Respondent, *v.* Emily A. Stratton et al., Appellants.

(Argued June 16, 1890; decided June 24, 1890.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made February 3, 1890, which affirmed an order of Special Term, denying a motion for a new trial.

*Samuel W. Judson* for appellants.

*Frank N. O'Brien* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.